Debra Kay ROHR, Appellant,

v.

Brent Jaye ROHR, Respondent.

No. WD 36918.

Missouri Court of Appeals,
Western District.

June 3, 1986.

Michael J. Svetlic, Kansas City, for appellant.

Mark L. Willens, Kansas City, for respondent.

Before SHANGLER, J., Presiding, and DIXON and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

The wife appeals from an amended decree of dissolution which in pertinent part ordered that custody of a minor child be placed with the husband and ordered that each party pay his or her own attorney's fees.

Judgment affirmed. Rule 84.16(b).